**Order filed December 17, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00773-CR
_____

### EXPARTE STEPHEN KYLE HELMCAMP, Appellant

**On Appeal from the County Court
Colorado County, Texas
Trial Court Cause No. 21,179-A**

## O R D E R

The clerk's record was filed September 19, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the order denying appellant's application for writ of habeas corpus on January 4, 2013.

The Colorado County County Clerk is directed to file a supplemental clerk's record on or before January 17, 2014, containing the order denying appellant's application for writ of habeas corpus on January 4, 2013.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM